# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROSA M. WILLIAMS-HOPKINS, an individual, o/b/o herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FAST FLASH MARKETING, LLC, a Florida limited liability company, doing business as DOLLARCONNECT.COM,<br>DOLLAR CONNECT, LLC, a Florida limited liability Company, doing business as DOLLARCONNECT.COM,<br>and JOHN DOES 1-100, unknown individuals or business entities,<br><br>Defendants. | Civil Action No. 2:21-cv-02719-SDW-AME<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

The undersigned, counsel for Plaintiff, represents that Defendants have not filed an answer or a motion for summary judgment; and neither Fed. R. Civ. P. 23(e), 23.1(c), 23.2 nor 66 apply to this matter;

Now, therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action without prejudice and without costs.

        KIM LAW FIRM LLC
        Attorneys for Plaintiff

        *s/Yongmoon Kim*
DATED: July 29, 2021    Yongmoon Kim


SO ORDERED:

_____
DATED: August 2, 2021    Susan D. Wigenton, U.S.D.J.